NOT FOR CITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware Limited Liability Company; BANK OF AMERICA, a National Association; CAL-WESTERN RECONVEYANCE, LLC, a California Limited Liability Company, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:13-cv-05100 HRL<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED AND WHY PLAINTIFF SHOULD NOT BE SANCTIONED** |

　　　　On February 6, 2014, the undersigned denied plaintiff's application to proceed in forma pauperis and directed him to make a partial payment of the filing fee by March 6, 2014. (Dkt. No. 12). In that same order, plaintiff was advised that failure to make that payment would result in the dismissal of this action without prejudice. There is no indication on the court's docket that payment has been made. Additionally, this matter was set for a March 25, 2014 initial case management conference. Plaintiff, however, failed to appear.

　　　　Accordingly, plaintiff's counsel, Edward Ramirez, shall appear in person before this court on **April 1, 2014, 10:00 a.m.**, Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California and show cause why this case should not be dismissed and why

plaintiff or his counsel should not be sanctioned for failure to appear.  Failure to comply with this order will be deemed grounds for dismissal or sanctions (or both).

SO ORDERED.

Dated:   March 25, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

5:13-cv-05100-HRL Notice has been electronically mailed to:

Edward Robert Ramirez     err@ramirezassociatesllp.com

3